

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Jeff Martinez v. State of Texas

Appellate case number:   01-21-00240-CR

Trial court case number: 1454459

Trial court:             351st District Court

On May 14, 2021, appellant filed a motion to transfer the reporter's record from 01–18–00225–CR into this appeal. We **grant** the motion to transfer. The Clerk of this Court is instructed to transfer the reporter's record from appellate cause number 01–18–00225–CR to appellate cause number 01–21–00240–CR.

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court


Date: ____June 22, 2021_____